1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Ryan M. Lower, No. 9108
   Sihomara L. Graves, No. 13239
3  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: rmccoy@kcnvlaw.com
   Email: rlower@kcnvlaw.com
6  Email: sgraves@kcnvlaw.com

7  STINSON LLP
   George Verschelden (pro hac vice to be filed)
8  1201 Walnut Street, Suite 2900
   Kansas City, Missouri 64106
9  Telephone: (816) 691-3382
   Facsimile: (816) 412-9344
10 Email: george.verschelden@stinson.com

11 Attorneys for Defendants Rapid Financial
   Solutions, Inc., Cache Valley Bank, and
12 Axiom Bank N.A.

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF NEVADA

| | |
|---|---|
| 15  CHRISTOPHER WATKINS, on behalf of himself and all others similarly situated, | Case No. 3:20-cv-00509-MMD-WGC |
| 17                Plaintiff, | **ORDER GRANTING STIPULATION** |
| 18  vs. | |
| 19  RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS; CACHE VALLEY BANK; AXIOM BANK N.A.; DOES 1 through 10, inclusive, | |
| 22               Defendants. | |

1    Pursuant to the parties' stipulation (ECF No. 7), the deadline for
2 Defendants Rapid Financial Solutions, Inc., Cache Valley Bank, and Axiom Bank
3 to file a response to Plaintiff's complaint is extended to September 29, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2020            .