1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Ryan M. Lower, No. 9108
   Sihomara L. Graves, No. 13239
3  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: rmccoy@kcnvlaw.com
   Email: rlower@kcnvlaw.com
6  Email: sgraves@kcnvlaw.com

7  STINSON LLP
   George Verschelden (pro hac vice to be filed)
8  1201 Walnut Street, Suite 2900
   Kansas City, Missouri 64106
9  Telephone: (816) 691-3382
   Facsimile: (816) 412-9344
10 Email: george.verschelden@stinson.com

11 Attorneys for Defendants Rapid Financial
   Solutions, Inc., Cache Valley Bank, and
12 Axiom Bank N.A.

13                UNITED STATES DISTRICT COURT

14                     DISTRICT OF NEVADA

15 CHRISTOPHER WATKINS, on behalf    Case No. 3:20-cv-00509-MMD-WGC
   of himself and all others similarly
16 situated,

17               Plaintiff,           **ORDER GRANTING STIPULATION**

18 vs.

19 RAPID FINANCIAL SOLUTIONS,
   INC. d/b/a ACCESS FREEDOM
20 CARDS; CACHE VALLEY BANK;
   AXIOM BANK N.A.; DOES 1 through
21 10, inclusive,

22               Defendants.

23

24

KAEMPFER
CROWELL

Pursuant to the parties' stipulation (ECF No. 12), all claims against Cache Valley Bank are dismissed without prejudice, each party to bear its own fees and costs.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2020.