Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500   Fax. (775) 703-5027

Christian Gabroy (#8805)
Kaine Messer (#14240)
**GABROY LAW OFFICES**
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

Lance J. Hendron, Esq.
**HENDRON LAW GROUP, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WATKINS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS; CACHE VALLEY BANK; AXIOM BANK N.A.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:20-cv-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO COMPEL ARBITRATION**<br><br>(First Request)<br><br>**AND ORDER THEREON** |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff CHRISTOPHER WATKINS ("Plaintiff") by and through his counsel of record Thierman Buck LLP and Defendants Rapid Financial Solutions, Inc., Cache Valley Bank, and Axiom Bank N.A., by and through their counsel of record Kaempfer Crowell and Stinson LLP hereby

request and stipulate that Plaintiff be allowed a ten (10) day extension of time, up to and including Friday, October 23, 2020 to file with the Court, Plaintiff's Response to Defendant's Motion to Compel Arbitration. (ECF No. 13).

This is Plaintiff's first request for an extension of time to extend the deadline to file their response. This request is made in good faith and not intended for the purposes of delay. Plaintiff requests this extension due to planned attorney vacation and scheduling conflict.

**IT IS SO STIPULATED.**

Dated this ___ day of October 2020.

| THIERMAN BUCK, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Leah L. Jones | [signature] |
| Mark R. Thierman, No. 8285<br>Joshua D. Buck, No. 12187<br>Leah L. Jones, No. 13161<br>Joshua R. Hendrickson, No. 12225<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>*Attorneys for Plaintiff Christopher Watkins* | Robert McCoy, No. 9121<br>Ryan M. Lower, No. 9108<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>STINSON LLP<br>George Verschelden (pro hac vice)<br>1201 Walnut Street, Suite 2900<br>Kansas City, Missouri 64106<br>*Attorneys for Defendants Rapid Financial Solutions, Inc., Cache Valley Bank, and Axiom Bank N.A.* |

### ORDER

**IT IS SO ORDERED.**

Dated this  5th  day of October, 2020.

[signature]
_____
U.S. District/Magistrate Judge