KAEMPFER CROWELL
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STINSON LLP
George Verschelden (pro hac vice)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 691-3382
Facsimile: (816) 412-9344
Email: george.verschelden@stinson.com

Attorneys for Defendants Rapid Financial Solutions, Inc. and Axiom Bank N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WATKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS; CACHE VALLEY BANK; AXIOM BANK N.A.; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00509-MMD-WGC<br><br>**STIPULATION TO STAY FED. R. CIV. P. 26(f) DISCOVERY PLAN AND SCHEDULING ORDER** |

1 Plaintiff Christopher Watkins and Defendants Rapid Financial Solutions, Inc. ("Rapid") and Axiom Bank N.A. ("Axiom") stipulate to temporarily stay discovery in this case, including the parties' respective obligations under Fed. R. Civ. 26(f), 26(a)(1), and LR 26-1.  This is the parties' first request to stay the filing of their Fed. R. Civ. P. 26(f) discovery plan and scheduling order and is made on the following grounds:

  1. On September 29, 2020, Rapid and Axiom filed a motion to compel arbitration (ECF No. 13).  After a stipulated extension (ECF Nos. 16 & 18), Mr. Watkins opposed that motion on October 23, 2020 (ECF No. 20).

  2. On October 26, 2020, the parties met and conferred telephonically as required by Fed. R. Civ. P. 26(f) and LR 26-1.

  3. During that discovery conference, the parties discussed the potential impact of the motion to compel arbitration on the schedule for discovery in this case.  On this issue, the parties agreed that, if granted, the motion to compel arbitration will result in all of Mr. Watkins' claims being referred to arbitration.

  4. As a result, the parties agreed that the commencement of discovery, including the filing of a joint stipulated discovery plan and scheduling order, should be stayed pending resolution of the motion to compel arbitration in order to minimize the costs associated with discovery in this case until the Court determines the proper forum for this action.

  5. The parties believe that this temporary stay will serve Fed. R. Civ. P. 1's goal of "secur[ing] the just, speedy, and inexpensive determination of every action and proceeding."

6. Should the Court deny the motion to compel arbitration, the parties agree to file their discovery plan and scheduling order within 14 days of the Court's order.

| THIERMAN BUCK, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Mark R. Thierman<br>Mark R. Thierman, No. 8285<br>Joshua D. Buck, No.12187<br>Leah L. Jones, No. 13161<br>Joshua R. Hendrickson, No. 12225<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br><br>Attorneys for Plaintiff Christopher Watkins | Robert McCoy, No. 9121<br>Ryan M. Lower, No. 9108<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>STINSON LLP<br>George Verschelden (pro hac vice)<br>1201 Walnut Street, Suite 2900<br>Kansas City, Missouri 64106<br><br>Attorneys for Defendants Rapid Financial Solutions, Inc. and Axiom Bank N.A. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 11, 2021

# Desiree Staggs

| | |
|---|---|
| **From:** | Leah L. Jones <leah@thiermanbuck.com> |
| **Sent:** | Wednesday, February 10, 2021 10:08 AM |
| **To:** | Sihomara Graves |
| **Cc:** | Desiree Staggs; Josh Buck; Mark Thierman |
| **Subject:** | RE: DRAFT Discovery Plan and Scheduling Order |

Siho,

Yes, please file with Mark electronic.

Have a good day.

LEAH L. JONES, ESQ.
7287 LAKESIDE DRIVE
RENO, NV 89511
PHONE: (775) 284-1500
FAX: (775) 703-5027
LEAH@THIERMANBUCK.COM



The information contained in this electronic message may be attorney-client privileged and confidential information and is intended only for the use of the individual(s) to whom this electronic message is addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited.  If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system.  Thank you.



**From:** Sihomara Graves <SGraves@kcnvlaw.com>
**Sent:** Wednesday, February 10, 2021 10:03 AM
**To:** Leah L. Jones <leah@thiermanbuck.com>
**Cc:** Desiree Staggs <DStaggs@kcnvlaw.com>
**Subject:** RE: DRAFT Discovery Plan and Scheduling Order

Good morning Leah,

We have discovered that while we finalized the discovery plan and scheduling order, it was inadvertently missed for filing.  We are filing it now, but want to ensure we're still good with using yours (or Mark's) electronic signature.

Thank you, and sorry that this was missed.

Thanks,

1