Sheri M. Thome, Esq.
Nevada Bar No. 008657
Taylor A. Buono, Esq.
Nevada Bar No. 015513
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant
Keefe Commissary Network, LLC
d/b/a Access Secure Release*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WATKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAPID FINANCIAL SOLUTIONS, INC. d/b/a/ ACCESS FREEDOM CARDS; AXIOM BANK N.A.; KEEFE COMMISSARY NETWORK, LLC d/b/a ACCESS SECURE RELEASE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   3:20-cv-00509-MMD-CSD<br><br>**STIPULATION TO EXTEND DEFENDANT KEEFE COMMISSARY NETWORK, LLC D/B/A ACCESS SECURE RELEASE'S RESPONSE DEADLINE TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Keefe Commissary Network, LLC ("Keefe") and Plaintiff Christopher Watkins ("Plaintiff"), by and through by and through their respective counsel of record, hereby agree and request that the Court extend the deadline for Keefe to respond to Plaintiff's First Amended Class Action Complaint which is currently set for April 27, 2022, by 21 days to May 18, 2022.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as Keefe's counsel has recently been retained and needs additional time obtain and review documents to investigate the allegations of the complaint.  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

270394323v.1

1  This is the parties' first request for extension of these deadlines.

2  DATED this 26th day of April, 2022.

                                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                              By:    */s/ Sheri M. Thome*
                                                        Sheri M. Thome, Esq.
                                                        Nevada Bar No. 008657
                                                        Taylor A. Buono, Esq.
                                                        Nevada Bar No. 015513
                                                        6689 Las Vegas Blvd. South, Suite 200
                                                        Las Vegas, Nevada 89119
                                                        sheri.thome@wilsonelser.com
                                                        taylor.buono@wilsonelser.com
                                                        *Attorneys for Defendant*
                                                        *Keefe Commissary Network, LLC*
                                                        *d/b/a Access Secure Release*

DATED this 26th day of April, 2022.

                                              THIERMAN BUCK, LLP

                                              By:    */s/ Joshua D. Buck*
                                                       Mark R. Thierman, Esq.
                                                       Nevada Bar No. 8285
                                                       Joshua D. Buck, Esq.
                                                       Nevada Bar No. 12187
                                                       Leah L. Jones, Esq.
                                                       Nevada Bar No. 13161
                                                       Joshua R. Hendrickson
                                                       Nevada Bar No. 12225
                                                       7287 Lakeside Drive
                                                       Reno, Nevada 89511
                                                       mark@thiermanbuck.com
                                                       josh@thiermanbuck.com
                                                       leah@thiermanbuck.com
                                                       joshh@thiermanbuck.com

                                                        GABROY LAW OFFICE
                                                        Christian Gabroy
                                                        Kaine Messer

                                                        HENDRON LAW GROUP, LLC
                                                        Lance J. Hendron
                                                        *Attorneys for the Plaintiff*

/ / /

/ / /

/ / /

270394323v.1

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  26th  day of  April  , 2022.

 _____
UNITED STATES MAGISTRATE JUDGE

-3-

270394323v.1