KAEMPFER CROWELL
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STINSON LLP
George Verschelden *(pro hac vice)*
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 691-3382
Facsimile: (816) 412-9344
Email: george.verschelden@stinson.com

Attorneys for Defendants Rapid Financial Solutions, Inc., Axiom Bank N.A., and Keefe Commissary Network, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WATKINS, on behalf of himself and all others similarly situated, | Case No. 3:20-cv-00509-MMD-CSD |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS; AXIOM BANK N.A.; KEEFE COMMISSARY NETWORK, LLC d/b/a ACCESS SECURE RELEASE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  In the Court's Order granting Defendants' motion to stay (ECF No.
2  87), the Court instructed the parties to file a joint status report within seven days of
3  the Western District of Washington's decision on the final approval of the
4  proposed nationwide class settlement in *Reichert v. Keefe Commissary Network,*
5  *LLC*, No. 3:17-cv-05848 (W.D. Wash.).  ECF No. 87 at 6.  The parties now inform
6  the Court that the Western District of Washington entered an order finally
7  approving the nationwide settlement agreement on December 19, 2023.  A copy of
8  this order is attached at Exhibit A.

9  The Court ruled that the Order staying this case would be
10 automatically lifted upon the final approval of the *Reichert* nationwide class
11 settlement.  ECF No. 87 at 6.  As the Court previously noted, the *Reichert*
12 settlement does not cover certain time periods at issue in this case or class
13 members who opt-out.  *Id.* at 5.  The parties jointly request that the Court continue
14 to stay this case, including the deadline to refile the parties' dispositive motions,
15 for an additional sixty days, or until Friday, February 16, 2024, to allow the parties

1  to explore a potential settlement for the claims that are not subject to the *Reichert*
2  settlement.

3  THIERMAN BUCK, LLP                          KAEMPFER CROWELL

4
   /s/ Leah L. Jones
5  Mark R. Thierman, No. 8285                  Robert McCoy, No. 9121
   Joshua D. Buck, No.12187                    Ryan M. Lower, No. 9108
6  Leah L. Jones, No. 13161                    Sihomara L. Graves, No. 13239
   Joshua R. Hendrickson, No. 12225            1980 Festival Plaza Drive, Suite 650
7  325 West Liberty Street                     Las Vegas, Nevada 89135
   Reno, Nevada 89501
8                                              STINSON LLP
   GABROY LAW OFFICES                          George Verschelden *(pro hac vice)*
9  Christian Gabroy, No. 8805                  1201 Walnut Street, Suite 2900
   Kaine Messer, No. 14240                     Kansas City, Missouri 64106
10 170 S. Green Valley Pkwy, Suite 280
   Henderson, Nevada 89012                     Attorneys for Defendants Rapid Financial
11                                             Solutions, Inc., Axiom Bank N.A., and
   HENDRON LAW GROUP, LLC                      Keefe Commissary Network, LLC
12 Lance J. Hendron, No. 11151
   625 South Eighth Street
13 Las Vegas, Nevada 89101

14 Attorneys for Plaintiff and the
   Putative Classes
15

16                              **ORDER**

17          IT IS SO ORDERED.

18

19                              UNITED STATES DISTRICT JUDGE

20                              DATED: December 22, 2023

21

22

23

24