**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar. No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar. No. 13161
leah@thiermanbuck.com
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

**GABROY MESSER LAW OFFICE**
Christian Gabroy, Nev. Bar No. 8805
christian@gabroy.com
Kaine Messer, Nev. Bar No. 14240
kaine@gabroy.com
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax: (702) 259-7704

**HENDRON LAW GROUP, LLC**
Lance J. Hendron, Nev Bar No. 11151
Lance@hlg.vegas
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858
Fax: (702) 387-0034

*Attorneys for Plaintiffs*

**KAEMPFER CROWELL**
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: sgraves@kcnvlaw.com

**STINSON LLP**
George Verschelden (pro hac vice)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 691-3382
Facsimile: (816) 412-9344
Email: george.verschelden@stinson.com

*Attorneys for Defendants Rapid Financial Solutions, Inc., Axiom Bank N.A., and Keefe Commissary Network, LLC*

///

///

///

- 0 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WATKINS on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS; AXIOM BANK N.A.; KEEFE COMMISSARY NETWORK, LLC, d/b/a ACCESS SECURE RELEASE; and DOES 1-50,<br><br>        Defendants. | Case No.: 3:20-cv-00509-MMD-CSD<br><br>**ORDER APPROVING STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>        **(First Request)** |

Plaintiff CHRISTOPHER WATKINS ("Plaintiff"), by and through his counsel of record, and Defendants RAPID FINANCIAL SOLUTIONS, INC. d/b/a ACCESS FREEDOM CARDS, AXIOM BANK N.A., and KEEFE COMMISSARY NETWORK, LLC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree to continue the date for the Parties to file the Joint Motion for Class Action Settlement from Monday, November 18, 2024 to on or before **Friday, November 22, 2024**.

The Parties participated in a successful video settlement conference with the Honorable Magistrate Judge Denney on October 2, 2024. ECF No. 109. The Court set a deadline to prepare and file settlement documents and motion or preliminary approval on or before Monday, November 18, 2024. *Id.* The Order also indicated that the Court would set a preliminary approval hearing, which has yet to be set.

The Parties request this extension in order to obtain the signatures on the finalized Settlement Agreement.

/ / /

/ / /

/ / /

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The instant stipulation is submitted in good faith and is not for the purpose of causing any undue delay.

Dated this 15th day of November 2024.                   Dated this 15th day of November 2024.

| THIERMAN BUCK, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Leah L. Jones | /s/ George Verschelden |
| Mark R. Thierman, Nev. Bar No. 8285 | Robert McCoy, Nev. Bar No. 9121 |
| Joshua D. Buck, Nev. Bar. No. 12187 | Ryan M. Lower, Nev. Bar No. 9108 |
| Leah L. Jones, Nev. Bar No. 13161 | Sihomara L. Graves, Nev. Bar No. 13239 |
| *Attorneys for Plaintiffs* | STINSON LLP |
| | George Verschelden (pro hac vice) |
| | *Attorneys for Defendants Rapid Financial Solutions, Inc., Axiom Bank N.A., and Keefe Commissary Network, LLC* |

**IT IS SO ORDERED THAT:**

All papers filed in support of the preliminary approval of the Class Action Settlement will be filed no later than November 22, 2024.

Dated: November 18, 2024.

_____
Hon. Miranda M. Du
United States District Judge